CM/ECF hrg5resp
Rev. 07/28/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Pamela Lynette Morgan<br>Debtor(s) | ) ) ) ) ) | Case No.: 19−12879−SDM<br>Chapter: 13 |
| Pamela L Morgan<br>Plaintiff(s)<br>  vs.<br>Ditech Financial<br>Defendant(s) | ) ) ) ) ) | Adversary Proceeding No.:<br>20−01050−SDM |

PLEASE TAKE NOTICE that a hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 1/13/22 at 10:00 AM

Responses Due: 12/15/21

to consider and act upon the following:

*30* – Motion to Vacate Judgment Filed by Amanda M. Beckett on behalf of U.S. Bank, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, successor by merger to First Union National Bank, as Trustee, for Mid−State Trust X (RE: related document(s)25 Order on Motion for Default Judgment, Disposition of Adversary). (Attachments: # 1 Exhibit Consolidated Exhibits to Motion to Vacate Judgment) (Beckett, Amanda)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date.

Dated: 11/19/21

                                                  Shallanda J. Clay
                                                  Clerk, U.S. Bankruptcy Court

                                                  BY: TLJ
                                                        Deputy Clerk